# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00119-CV

**The State of Texas for the Protection of A.C., Appellant**

**v.**

**Jayden Martinez-Kennedy, Appellee**

### FROM COUNTY COURT AT LAW NO. 4 OF WILLIAMSON COUNTY
### NO. 22-0147-POC4, THE HONORABLE JOHN B. MCMASTER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant The State of Texas for the Protection of A.C. has filed an unopposed motion to dismiss this appeal. We grant appellant's motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Thomas J. Baker, Justice

Before Justices Baker, Smith, and Jones*

Dismissed on Appellant's Motion

Filed: April 6, 2023

*Before J. Woodfin Jones, Chief Justice (Retired), Third Court of Appeals, sitting by assignment. *See* Tex. Gov't Code § 74.003(b).